170 A.3d 312

JUDITH HUNTER, APPELLANT–RESPONDENT, v. BOARD OF RE-
VIEW, DEPARTMENT OF LABOR, RESPONDENT–MOVANT,
AND GEMINI MASSAGE ENVY BRANCHBURG, LLC, RESPON-
DENT.

June 29, 2017

## ORDER

It is ORDERED that the motion to stay the Court's consider-
ation of the petition for certification pending disposition of the
appeal in A–35–16 *Hunter v. Bd. of Review, Dept. of Labor* is
granted.

170 A.3d 312

STATE OF NEW JERSEY (DIVISION OF STATE POLICE), PLAIN-
TIFF–RESPONDENT, v. STATE TROOPERS FRATERNAL AS-
SOCIATION, DEFENDANT–PETITIONER.

June 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003523–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.